# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rare Names, Inc., d/b/a BuyDomains.com, Inventory Management<br><br>Plaintiff,<br>v.<br>Foster, Andrew & Co., Inc. and FACI Industries Corporation<br><br>Defendants. | Civil Action No.<br><br>1:12-cv-10800-DJC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., Plaintiff, Rare Names, Inc., d/b/a BuyDomains.com, Inventory Management, hereby gives notice of its voluntary dismissal of this action.

                 Rare Names, Inc.,
                 d/b/a BuyDomains.com,
                 Inventory Management

Date: August 29, 2012        /s/  Ann Lamport Hammitte
                 Ann Lamport Hammitte (BBO #553,263)
                 John L. Welch (BBO # 522,040)
                 LANDO & ANASTASI, LLP
                 One Main Street
                 Cambridge, MA 02142
                 (617) 395-7000
                 emailservice@lalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2012.

Dated:           /s/  Ann Lamport Hammitte

1374335.1